# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **REYNALDO FLORES,** | : | **CIVIL ACTION NO. 1:20-CV-13** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **B.E. BOONE, LT. WIES, and LT. GILDEA,** | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 23rd day of June, 2020, for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. This action is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b).

2. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania